UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANADA GARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01748-RLY-KMB |
| | ) |
| METROPOLITAN SCHOOL DISTRICT OF PIKE TOWNSHIP, PUBLIC SCHOOL CORP., *et al.*, | ) ) ) |
| | ) |
| Defendants. | ) |

**ENTRY ADOPTING REPORT AND RECOMMENDATION**

Over the last few months, *pro se* Plaintiff Janada Garner has failed to appear for two telephonic status conferences, (Filing Nos. 33, 49), failed to respond to the court's Order to Show Cause directing her to explain her failure to appear, (*see* Filing No. 49), and missed deadlines to file an amended complaint, (*see* Filing Nos. 39, 46). Plaintiff has not filed anything in this case since July. (*See* Filing No. 43). On October 21, 2024, Magistrate Judge Barr issued a Report and Recommendation recommending that this case be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) for Plaintiff's failure to prosecute, attend pretrial conferences, and obey court orders. (Filing No. 50). No party objected to the Magistrate Judge's recommendation. *See* Fed. R. Civ. P. 72(b)(2). Accordingly, the court reviews the recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Having reviewed the recommendation and the record, the court finds no clear error. Although dismissal is a harsh sanction, it is appropriate in this instance.

Accordingly, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 50). This case is **DISMISSED with prejudice** pursuant to Rules 16(f) and 41(b) as to all Defendants. Final judgment shall issue by separate order.

**IT IS SO ORDERED** this 7th day of November 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.

Mail to:
Janada Garner
8050 Folkstone Road
Indianapolis, IN 46268